Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
6140 STONERIDGE MALL RD SUITE 250
TELEPHONE: 925-621-1900
FAX: 925-621-1901

RECEIVED JAN 28 2014 BANKRUPTCY COURT OAKLAND, CALIFORNIA

FILED JAN 21 2014 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: MYRNA HUFAMA RESALVO

Debtor(s)

Case No 09-43079 RLE13

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $3,724.04 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 09-43079 RLE13 | HSBC MORTGAGE CORP<br>ATTN: BANKRUPTCY DEPT<br>2929 WALDEN AVE<br>DEPEW NY 14043 | $102,305.12 | $3,724.04 |
| | Total Unclaimed Dividends | | $3,724.04 |

Dated: January 9, 2014

*Martha G Bronitsky* (signature)

Martha G. Bronitsky, Chapter 13 Trustee